SMM.27797

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **BOUNG VAN TRAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **LG ELECTRONICS U.S.A., INC.** | § | **CIVIL ACTION NO. 4:23-cv-4597** |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

### DEFENDANT LG ELECTRONICS U.S.A., INC.'S NOTICE OF REMOVAL

Defendant **LG ELECTRONICS U.S.A., INC.** ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal.

### I. INTRODUCTION

1.      This removal is based on diversity jurisdiction.  Plaintiff Boung Van Tran seeks redress from Defendant under theories of strict products liability and negligence for alleged property damage to Plaintiff's residence in or around February 7, 2023, when a refrigerator allegedly manufactured by Defendant allegedly caught fire and burned down Plaintiff's kitchen.

2.      Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of Texas.

3.      In contrast, Defendant is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Delaware corporation with its principal place of business located in Englewood Cliffs, New Jersey.

4.      Additionally, the amount in controversy exceeds $75,000, exclusive of interest and costs.  In particular, Plaintiff's Original Petition seeks monetary relief "of $75,000 to $250,000."

5.      Defendant files this Notice of Removal within thirty days of service of Plaintiff's Original Petition.  This action has been on file for less than one year.

## II.  BASIS FOR REMOVAL: DIVERSITY JURISDICTION

**A.      Diversity Jurisdiction Exists**

6.      Removal is proper because this lawsuit involves a controversy between citizens of different states.  Specifically, Plaintiff is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a citizen of Texas.  In contrast, Defendant is now, and was at the time of removal, and at the time of the filing of the instant lawsuit, a Delaware corporation with its principal place of business located in Englewood Cliffs, New Jersey.  Thus, complete diversity between the parties exits.

7.      In addition, the amount in controversy exceeds $75,000, exclusive of interest and costs.  28 U.S.C. §§ 1332, 1441.  Specifically, Plaintiffs' Original Petition seeks monetary relief "of $75,000 to $250,000."

**B.      Removal Is Timely**

8.      Defendant was served with a copy of Plaintiff's Original Petition on November 8, 2023.  Defendant files this Notice of Removal within thirty days after service.  28 U.S.C. § 1446(b)(1).  Thus, removal of this action is timely.

## III.  COMPLIANCE WITH REMOVAL PROCEDURES

9.      Attached to or filed with this Notice of Removal are the following documents required by 28 U.S.C. § 1446(a) and S.D. TEX. LOC. R. 81 (these documents are hereby incorporated by reference in all respects):

A.      Civil Cover Sheet;

B.      List of all Parties and Attorneys Involved in the Action;

C.      Defendant's Index of Documents;

1.    Civil Case Information Sheet, filed November 3, 2023;

2.    Plaintiff's Original Petition, filed November 3, 2023;

3.    Citation on Defendant, issued November 3, 2023;

4.    Return of Service for Defendant, dated November 8, 2023; and

5.    Defendant's Original Answer, filed December 1, 2023.

10.    Venue is proper in this district pursuant to 28 U.S.C. §§ 124(b)(2) and 1441(a) because the United States District Court for the Southern District of Texas, Houston Division, embraces Harris County, Texas, where the state court action was filed and is currently pending.

11.    Defendant will immediately file a copy of this Notice of Removal with the clerk of the state court in which the state court action is pending.

WHEREFORE, PREMISES CONSIDERED, Defendant LG Electronics U.S.A, Inc. requests this action be immediately and entirely removed upon filing of this Notice of Removal to the United States Court for the Southern District of Texas, Houston Division, and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY
SHIPMAN & SALINAS, LLP**

BY:    */s/ Paul W. Bennett*
       **PAUL W. BENNETT**
       State Bar No. 00787071
       Email: paul.bennett@fletcherfarley.com
       9201 N. Central Expressway, Suite 600
       Dallas, Texas 75231
       (214) 987-9600 (office)
       (214) 987-9866 (telecopier)

       **ATTORNEYS FOR DEFENDANT
       LG ELECTRONICS U.S.A., INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing instrument was electronically filed via the Court's CM/ECF system and a true and correct copy of same was delivered to all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 8th day of December 2023.

       */s/ Paul W. Bennett*
       **PAUL W. BENNETT**