United States District Court
Southern District of Texas
**ENTERED**
November 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BOUNG VAN TRAN,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-04597 |
| § | |
| **LG ELECTRONICS U.S.A., INC.,** § | |
| § | |
| Defendant. § | |

## ORDER

On December 8, 2023, Defendant LG Electronics U.S.A., Inc. removed this case from state court to federal court. ECF No. 1. Defendant subsequently filed a Motion for Summary Judgment, ECF No. 9, on October 9, 2024. Plaintiff's response was due on October 30, 2024. *See* L.R. 7.3. No response has been filed as of November 7, 2024. *See* L.R. 7.4 ("Failure to respond to a motion will be taken as a representation of no opposition.").

The complaint asserts causes of action for negligence, products liability, manufacturing defect, failure to warn, design defect, and strict liability. ECF No. 9-1 at 2. But Defendant is a nonmanufacturing seller of LG products, *see* ECF No. 9-4, and is thus entitled to the protection of TEX. CIV. PRAC. & REM. CODE ANN. § 82.003, which provides that "[a] seller that did not manufacture a product is not liable for harm caused to the claimant by that product." Although TEX. CIV. PRAC. & REM. CODE ANN. § 82.003 does include seven exceptions to the general rule that a nonmanufacturing seller is not liable for harm caused to a claimant by a product defect, § 82.003 "places the burden of proving one of these exceptions on the claimant." *Sidwell v. Zuo Mod. Contemp., Inc.*, No. 05-20-00127-CV, 2022 WL 3040634, at *3 (Tex. Ct. App. Aug. 2, 2022). And Plaintiff has not put forward any argument or evidence tending to show that any of the exceptions apply here.

Accordingly, the Court **GRANTS** the Motion for Summary Judgment, ECF No. 9.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 7th day of November, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE